IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHAUN G. SHAPLEY, #263566,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.                            ) | CASE NO.  2:12-cv-618-TMH |
| ) | [wo] |
| COMMISSIONER KIM THOMAS,    ) | |
| *et al.*,                     ) | |
| ) | |
| Defendants.    ) | |

**OPINION and ORDER**

On October 4, 2012, the Magistrate Judge filed a Recommendation in this case granting Plaintiff's Motion to Dismiss.  (Doc. 22).  No timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice.

DONE this 30th day of October, 2012.

/s/   Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE